UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-14037-CR-MOORE

**UNITED STATES OF AMERICA,**

    Plaintiff(s),

vs.

**RONALD PORTIES, JR.,**

    Defendant(s).
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on United States Magistrate Judge Frank J. Lynch's Report and Recommendation on Forensic Evaluation issued November 17, 2008 [37]. After review of the Report and Recommendation, review of the record, and having received no objections thereto, it is

ORDERED AND ADJUDGED the Magistrate Judge's Report and Recommendation is hereby **ADOPTED**. The defendant Ronald Porties, Jr., is hereby found to be competent to proceed to trial and competent at the time of the offenses alleged in the Indictment.

DONE AND ORDERED in Chambers at Miami, Florida this <u>8th</u> day of December, 2008.

                                                  **K. MICHAEL MOORE**
                                                **UNITED STATES DISTRICT JUDGE**

Copies Furnished to:

All counsel and pro se parties of record