UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-14037-CR-MOORE

**UNITED STATES OF AMERICA,**

       Plaintiff(s),

vs.

**RONALD PORTIES, JR.,**

       Defendant(s).

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on United States Magistrate Judge Frank J. Lynch's Report and Recommendation on Change of Plea, issued November 17, 2008 [38]. After review of the Report and Recommendation, review of the record, and having received no objections thereto, it is

ORDERED AND ADJUDGED the Magistrate Judge's Report and Recommendation is hereby **ADOPTED**. The defendant Ronald Porties, Jr., hereby adjudicated guilty of the offenses charged.

DONE AND ORDERED in Chambers at Miami, Florida this <u>8th</u> day of December, 2008.

                                     K. MICHAEL MOORE
                                     UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record